**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORGE URBANO-BARRIGA, AKA Jorge Barriga, AKA Jorge Urbano, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 09-71090 <br><br> Agency No. A073-847-699 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 10, 2013[**]
San Francisco, California

Before: SCHROEDER and BYBEE, Circuit Judges, and TIMLIN, Senior District Judge.[***]

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***] The Honorable Robert J. Timlin, Senior United States District Judge for the Central District of California, sitting by designation.

Petitioner Jorge Urbano-Barriga, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' dismissal of his appeal of an Immigration Judge's decision finding him removable due to a conviction that qualified as an aggravated felony theft offense under 8 U.S.C. § 1101(a)(43)(G). His conviction was for violation of California Penal Code § 496d(a).

This court in *Alvarez-Reynaga v. Holder*, 596 F.3d 534, 536–37 (9th Cir. 2010), held that California Penal Code § 496d(a) categorically qualifies as an aggravated felony. Relying on our previous decision in *Verdugo-Gonzalez v. Holder*, 581 F.3d 1059, 1061–62 (9th Cir. 2009), we observed that California's general receipt of stolen property offense matched the generic theft offense, and concluded that California Penal Code § 496d(a) was an aggravated felony for the same reason. *Alvarez-Reynaga*, 596 F.3d at 536–37. Our decision in *Alvarez-Reynaga* is controlling.

The petition is **DENIED**.